UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEDS LP,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____<br>FOURTH INVESTMENT LP,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____ | Case Nos. 08cv100-BTM (BLM)<br>          08cv110-BTM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES**<br><br>[Doc. No. 45; 08cv100-BTM (BLM)]<br>[Doc. No. 46; 08cv110-BTM (BLM)] |

On September 23, 2009, parties to the above matters filed a joint motion to continue the pretrial conference and related dates. Doc. No. 45.[1] In support, the parties state that Plaintiff's current counsel recently substituted in for prior counsel, and therefore requires

---

[1] The instant motions concerns two cases which share underlying facts, and arise from tax liens placed by the IRS on real properties owned by the respective Plaintiffs. The motions are identical, and the Court therefore treats them as one. Unless otherwise noted, all docket entries refer to the first-filed case, Leeds.

additional time to familiarize himself with this matter.  Id.  The parties also state that Plaintiff's new counsel has not yet received all of the relevant documents from prior counsel.  Id.  Therefore, the parties contend that an extension of time would permit counsel to better prepare himself for the Pretrial Conference.  Good cause appearing, the parties' request is **GRANTED** as follows.

1.  The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **November 17, 2009**.  The parties should consult Fed. R. Civ. P. 26(a)(3) for the substance of the required disclosures.

**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of designated matters in evidence**.

2.  No Memoranda of Contentions of Fact and Law are to be filed except in a bench trial.  In that case, counsel shall serve on each other and file with the Clerk of the Court their Memoranda of Contentions of Fact and Law in compliance with Local Rule 16.1(f)(2) on or before **November 17, 2009**.

3.  Counsel shall meet and confer regarding the contents of the pretrial order on or before **November 24, 2009**.

4.  Counsel shall comply with the attached Order Setting Form of Pretrial Order in preparing the pretrial order.

5.  The proposed final pretrial conference order, including written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be prepared, served, and submitted to the Clerk's Office on or before **December 8, 2009**.  Such objections shall comply with the requirements of Fed. R. Civ. P. 26(a)(3).  **Please be**

**advised that the failure to file written objections to a party's pretrial disclosures may result in the waiver of such objections, with the exception of those made pursuant to Rules 402 (relevance) and 403 (prejudice, confusion or waste of time) of the Federal Rules of Evidence.**

6. The final pretrial conference is scheduled on the calendar of the Honorable Barry Ted Moskowitz on **December 15, 2009** at **4:00 p.m**. The trial date will be assigned by Judge Moskowitz at the pretrial conference.

7. The dates and times set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

DATED: September 24, 2009

BARBARA L. MAJOR
United States Magistrate Judge